In the Matter of PASCAL C. J. DEANGELIS et al., Constituting the Board of Education of the City of Utica, Appellants, against DANIEL LAINO et al., Constituting the Common Council of the City of Utica et al., Respondents.

(Argued November 21, 1932; decided December 6, 1932.)

*Warnick J. Kernan* for appellants.

*J. Herbert Gilroy, Corporation Counsel,* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.